# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALFONSO PRADO MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR et al.,<br><br>Respondents. | Case No. ED CV 20-00085-JVS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petitioner as Moot,

IT IS ADJUDGED that this action is dismissed.

Date: March 11, 2020

_____
JAMES V. SELNA
United States District Judge